# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0293. GARY LIPSEY v. THE STATE.**

This case was docketed by this Court on September 13, 2017, and appellant's brief and enumeration of errors were due on or before October 3, 2017. On October 23, 2017, appellant had still not filed a brief and enumeration of errors, and this Court entered an order directing appellant to file a brief and enumeration of errors no later than November 2, 2017. On November 1, 2017, appellant filed a motion to extend the time for filing, which motion this Court denied on November 2, 2017. Appellant then failed to file a brief and enumeration of errors on or before November 2, 2017.

Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13, 22, and 23.



*Court of Appeals of the State of Georgia*

*C l e r k ' s     O f f i c e ,*
Atlanta,  11/08/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*